UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KOUABENG LOID DJOUAKA PETITIONER

VERSUS CIVIL ACTION NO. 5:26-CV-184-DCB-RPM

RAFAEL VERGARA RESPONDENT

**ORDER TO SHOW CAUSE**

This matter is before the Court *sua sponte*. On March 13, 2026, Petitioner Kouabeng Loid Djouaka filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his continued detention. [1]. Petitioner is an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi. According to the pleadings, Petitioner is a native and citizen of Cameroon who arrived in the United States on or about January 11, 2025, and was detained shortly thereafter. On August 19, 2025, an Immigration Judge ordered Petitioner to be removed but granted withholding of removal pursuant to INA § 241(b)(3). The removal order became final 30 days later as no appeal was filed.

Respondent filed a response to the petition on May 7, 2026, and included a Declaration detailing the efforts to remove Petitioner. [6]; [6-1]. According to the Declaration, there was no date for removal to a third country at that time. No update has been provided since this Declaration was submitted.[1] As of the date of this Order, Petitioner has now been in detention for approximately one year since his removal order became final. In light of the above, the Court questions whether there is a "significant likelihood of removal in the reasonably foreseeable

[1] According to the Executive Office for Immigration Review's ("EOIR") automated case information, an Immigration Judge granted an application in Petitioner's immigration case on August 24, 2026. It is unclear what relief, if any, was granted to Petitioner.

future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Accordingly, the Court requires a further response from Respondent.

IT IS THEREFORE ORDERED AND ADJUDGED that, **on or before September 30, 2026**, Respondent shall file a response to this Order showing cause, if any, why this Court should not order Petitioner's release at this time in accordance with *Zadvydas v. Davis*, 533 U.S. 678 (2001) and its progeny. In addition, Respondent shall specifically address the following: (1) any update on the status of specific efforts to remove Petitioner, including Petitioner's cooperation with any such efforts; and (2) a timeline of any anticipated efforts to remove Petitioner.

SO ORDERED, this the 16th day of September 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE